UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ALBERT WESLEY WELLS      CIVIL ACTION NO. 07-cv-2074

VERSUS      JUDGE WALTER

AMERICAN ELECTRIC POWER      MAGISTRATE JUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 23) is **granted** by dismissing Albert Wesley Wells' claims for Title VII retaliation and hostile work environment because they are beyond the scope of his EEOC charge, and the motion is otherwise **denied** with respect to Albert Wesley Wells.

**IT IS FURTHER ORDERED** that the Motion to Dismiss and for Sanctions (Doc. 48) is **granted in part** as follows: Plaintiff is directed to serve full and complete responses to the written discovery at issue within 10 days of the entry of this order. The motion is **denied** in all other respects.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 9th day of May, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE